United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA DE LOS ANGELES ACEVEDO,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC, FORTINET, INC.,<br><br>Defendants. | Case No.  5:26-cv-2934 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable P. Casey Pitts for consideration of whether the case is related to 5:25-cv-07370 PCP, *Maria De Los Angeles Acevedo v. ABM Industry Groups, LLC, et al.*

Dated: April 7, 2026

![signature]

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 26-cv-02934 NC
SUA SPONTE JUDICIAL REFERRAL